UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0266 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHUE LO, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHUE LO  , Case No.  CR S-07-0266 FCD

, Charge  18 USC §§ 371; 960; 956; 2332  , from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

X   Bail Posted in the Sum of $ _205,000.00_ Vacarro Bond secured by property

X   Unsecured Appearance Bond _to be replaced by the posting of property within ten days of today's date._

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

X   (Other)  _Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2007  at  2:26  pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge