Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CR.S. 07-0266 FCD |
| | ) |
| Plaintiff, | ) Hon. Dale A. Drozd |
| vs. | ) |
| | ) Stipulation and Order Re: |
| Chue Lo, | ) Modification of Defendant's |
| | ) Release Conditions |
| Defendant | ) |
| | ) |

    Defendant Chue Lo, through his undersigned counsel, and the United States of America, through its counsel, hereby stipulate and request that the conditions of pre-trial release for Mr. Chue Lo be amended as follows:

    Mr. Lo be allowed to regularly attend Church services with his family.  Mr. Lo be permitted to preside over weddings, funerals and other community events with the permission and approval of pre-trial services.  Mr. Lo be permitted to travel to Fresno, California between December 23, 2007 and December 30, 2007 to participate in the Hmong New Year's celebration.

    The parties have conferred with pre-trial services officer Sandy Hall, who concurs with these proposed modifications.

///

///

1

**IT IS SO STIPULATED.**

Dated: December 7, 2007                    Respectfully submitted,


                                           /s/ Shari Rusk
                                           Shari Rusk
                                           Attorney for Defendant
                                           Chue Lo


                                           /s/ Robert Twiss
                                           Robert Twiss
                                           Assistant United States Attorney


                              **ORDER**

    IT IS SO ORDERED that Chue Lo be permitted to attend Church and such Hmong cultural events as marriages and funerals while on, and in accordance with the conditions set by, pre-trial release. Further, Mr. Lo be permitted to attend the Hmong New Year's celebration in Fresno between December 23 and December 30, 2007.

Dated:   December 14, 2007.

                       _____
                       DALE A. DROZD
                       UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/lo0266.stipord

2