```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CR.S. 07-0266 FCD |
| | ) |
|     Plaintiff, | ) Hon. Dale A. Drozd |
|  vs. | ) |
| | ) Stipulation and Order Re: |
| Chue Lo, | ) Modification of Defendant's |
|     Defendant. | ) Release Conditions |
| | ) |
| | ) |

    Defendant Chue Lo, through his undersigned counsel, and the United States of America, through its counsel, hereby stipulate and request that the conditions of pre-trial release for Mr. Chue Lo be amended as follows:

    Mr. Lo be allowed to visit his ailing Aunt Song Xiong Yang in Yuba City, California. Her phone number has been provided to the government and pre-trial services. Mr. Lo will visit her, with the permission and under the supervision of pre-trial services and be permitted to spend the night with Aunt Yang. Mr. Lo may visit at such times that pre-trial services approves in advance.

///

///

The parties have conferred with pre-trial services officer Sandy Hall, who concurs with this proposed modification.

**IT IS SO STIPULATED.**

Dated: March 7, 2008                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　 /s/ Shari Rusk
　　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Chue Lo


　　　　　　　　　　　　　　　　　　/s/ Ellen Endrizzi
　　　　　　　　　　　　　　　　　　Ellen Endrizzi
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　/s/ Robert Twiss
　　　　　　　　　　　　　　　　　　Robert Twiss
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


**ORDER**

IT IS SO ORDERED that Chue Lo be permitted to visit his Aunt Song Xiong Yang in Yuba City, California, in accordance with the conditions set by pre-trial services.

DATED:  March 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/lo0266.stipord(2)