```
SHARI RUSK, Bar #170313
Attorney at Law
1710 Broadway, # 111
Sacramento, California 95818
Telephone: (916) 804-8656


Attorney for Defendant
CHUE LO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO MODIFY |
| v. ) | CONDITIONS OF PRETRIAL RELEASE |
| CHUE LO, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Shari Rusk, Counsel for Defendant Chue Lo, that Mr. Lo, notwithstanding any other terms and conditions of his pretrial release, that the terms and conditions of defendant's pretrial release be modified as follows:

1. Condition number 3 is modified to eliminate the language "you shall not move or absent yourself from this location without the prior approval of the pre-trial services officer."

2. Additionally, the language should be added as follows: "You are to reside at a location approved by the pre-trial services officer

/////

and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pre-trial services officer."

3. Special Conditions of Release 6 and 7 are eliminated.

**IT IS SO STIPULATED.**

Dated: April 24, 2008          /S/ Shari Rusk
                               Shari Rusk
                               Attorney for Defendant
                               CHUE LO

Dated: May 2, 2008             /s/ Robert Twiss
                               ROBERT TWISS
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: May 5, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lo0266.stipord

Stipulation and Order                      2